UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GARGANUS MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00047-JRS-MJD |
| | ) |
| RANDY VANVLEET, *et al.*, | ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

In accordance with the Order granting defendants Randy Vanvleet, M. Leohr, and Lt. Fischer's motion for summary judgment, and the Court's earlier Screening Order, dkt. 15, the Court enters **FINAL JUDGMENT** against Garganus Moore, and in favor of Randy Vanvleet, M. Leohr, Lt. Fischer, Kevin Gilmore, Frank Littlejohn, Warden Vanihel, Ellis, J. Snyder, Mr. Hunter, Mr. Raney, Mr. Carpenter, and Davis such that Mr. Moore shall take nothing by way of his Complaint.

**IT IS SO ORDERED.**

Date: 9/2/2025

Kristine L. Seufert, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

GARGANUS MOORE
170307
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168

All electronically registered counsel of record